# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STANLEY THOMAS

VERSUS

CYPRESS POINT H.O.A. REALTY
MANAGEMENT

NO.  2024 CW 0983

**DECEMBER 16, 2024**

---

In Re:    Cypress Point Homeowners Association of Baton Rouge,
          Inc., Brenda Williams, and Andrea Cassidy, applying for
          supervisory writs, 19th Judicial District Court, Parish
          of East Baton Rouge, No. 742685.

---

**BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

   **WRIT DENIED.**

                          JMG
                          AHP
                          TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT